M- 3526  9/06

# CERTIFICATION ORDER

DCM 1/2001

SUPREME COURT-STATE OF NEW YORK

PRESENT:

------------------------------------------------------------------------TRIAL/IAS, PART
NASSAU COUNTY

*Karla Stuart-Lopez*

Plaintiff,

INDEX No. _____

-against-

CALENDAR No.

*Adison Buckmore*
*and Tom Edwards*

Defendant.

------------------------------------------------------------------

This matter is hereby certified for trial and plaintiff(s) is directed to file a note of issue within 90 days. If plaintiff does not file a note of issue within 90 days this action is deemed dismissed without further order of the Court. (CPLR 3216).

A copy of this Order must accompany the note of issue.

Upon filing of a note of issue, the matter will be referred for mediation and/or a pretrial conference.

Counsel with knowledge of the file, and with settlement authority shall appear for such proceedings; Counsel shall arrange to have litigants and insurance representatives available for telephone conference at the time of such proceedings.

Motions for summary judgment must be filed within (60) (90) days of the filing of the note of issue; all in limine motions shall be made returnable not more than 30 days after the mediation conference.

If counsel have been directed to file a note of issue over objection, items 1 through 9 of the Certificate of Readiness may be amended to so indicate.

ORDERED, that all parties shall provide upon request of another party additional authorizations for production of records maintained by health care providers and/or facilities.

Dated: _____        _____
                                                                        J.S.C.

ACKNOWLEDGMENT OF RECEIPT:

_____        _____
Plaintiff                                                Defendant

_____        _____
Plaintiff                                                Defendant

# Steven Moser

| | |
|---|---|
| From: | eCourts@nycourts.gov |
| Sent: | Monday, January 05, 2015 4:36 PM |
| To: | smoser@moseremploymentlaw.com |
| Subject: | eTrack Supreme: LOPEZ-SERRANO, KARLA vs. ROCKMORE, ALLISON (014963/2012) Updated |

Index Number: 014963/2012
The following case which you have subscribed to in eTrack has been updated. Changes from the last update are shown in red and are annotated.

Court: Nassau Civil Supreme
Index Number: 014963/2012
Case Name: LOPEZ-SERRANO, KARLA vs. ROCKMORE, ALLISON
Case Type: Other
Track: Standard
Upstate RJI Number:
Disposition Date:
Date NOI Due: 01/14/2015 --- *Information updated*
NOI Filed:
Calendar Number:
RJI Filed: 10/21/2013
Jury Status:
Justice Name: ROBERT A. BRUNO

Attorney/Firm for Plaintiff:
STEVEN J. MOSER, P.C.
3 SCHOOL STREET, STE. 207B
GLEN COVE, NY 11542
Attorney Type: Attorney Of Record
Status: Active

Attorney/Firm for Defendant:
LAW OFFICES OF DAVID S. FEATHER
666 OLD COUNTY ROAD, SUITE 605
GARDEN CITY, NY 11530
Attorney Type: Attorney Of Record
Status: Active

Last Appearance:
Appearance Date: 10/16/2014
Appearance Time:
On For: Supreme Trial
Appearance Outcome: Certification Conference Held
Justice: ROBERT A. BRUNO
Part: ROBERT A. BRUNO - CERC
Comments: 9:30

2

Older appearances may exist but are not shown.

Motions: None on file.
Scanned Decisions: None on file.

To access this case directly click here.
This is an automated e-mail. If you have questions please e-mail eCourts@nycourts.gov

2