**Steven Moser**

| | |
|---|---|
| **From:** | David Feather <dfeather@featherlawfirm.com> |
| **Sent:** | Friday, October 24, 2014 12:10 PM |
| **To:** | Steven Moser |
| **Subject:** | RE: Serrano |

Steven:

For clarification only, the offer was ▓▓▓▓▓ to your client, with no differentiation between attorneys' fees and monies for your client.  Any discussion regarding the breakdown was simply off-the-record discussions between you and I.

David S. Feather, Esq.
The Law Offices of David S. Feather
666 Old Country Road
Suite 605*
Garden City, New York 11530
(ph) 516-745-9000
(fax) 516-908-3930*
www.FeatherLawFirm.com

## *PLEASE NOTE NEW SUITE NUMBER AND FACSIMILE NUMBER!

This e-mail message from The Law Offices of David S. Feather is intended only for named recipients.   It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law.   If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. Please notify us immediately at 516-745-9000 or at dfeather@featherlawfirm.com that you have received this message in error, and delete the message.  Thank you.

---

**From:** Steven Moser [mailto:smoser@moseremploymentlaw.com]
**Sent:** Friday, October 24, 2014 11:49 AM
**To:** David Feather
**Subject:** FW: Serrano

David:

This will confirm that at the certification conference defendants for the first time made an offer.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The plaintiff respectfully declines the offer.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please advise if you will accept service of the summons in the Federal Action.

Steve

**From:** Steven Moser [mailto:smoser@moseremploymentlaw.com]
**Sent:** Monday, October 20, 2014 4:17 PM
**To:** David Feather (dfeather@featherlawfirm.com)
**Subject:** Serrano

David: 

Please advise if you will accept service of the summons in the case against Ms. Rockmore, and if you will consent to discontinuance of the state action.

Steve


Steven J. Moser
(516) 671-1150 x 5
smoser@moseremploymentlaw.com



STEVEN J. MOSER, P.C.
ATTORNEY AT LAW

*Worker's Rights Advocacy*

Three School Street, Suite 207 B
Glen Cove, New York  11542
T: 516-671-1150
F: 516-882-5420
www.stevenjmoser.com

> *This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Firm. Finally, the recipient should check this email and any attachments for the presence of viruses. The Firm accepts no liability for any damage caused by any virus transmitted by this email.*